



# MEMORANDUM OPINION

No. 04-09-00399-CV

Patricia F. **SOLIZ**, as Next Friend of Valeria Lee Fragoso, a Minor, Jennifer Ann Campos, and
Longina Terrazas,
Appellants

v.

**ELECTROLUX HOME CARE PRODUCTS, LTD.**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-07609
Honorable Martha Tanner, Judge Presiding

PER CURIAM

Sitting: Catherine Stone, Chief Justice
    Karen Angelini, Justice
    Sandee Bryan Marion, Justice

Delivered and Filed: October 28, 2009

DISMISSED

Before the court is appellants' motion for voluntary dismissal. Appellants' motion to dismiss

is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1). Costs of appeal are taxed

against the appellants. *See id.* at (d).

PER CURIAM